Randall G. Wargo
TDCJ-ID # 1984859
4250 Hwy 202, Garza West
Beeville, Texas 78102

Texas Court of Crim. App.
RE: # 2013 CR 10183~W1

20 Sept. 2015

17,912-06

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

Sir,
  I have been moved from Guadalupe County Jail
To Garza West-TDCJ-ID, the above address-

Respectfully,